UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH NATHREEN NAKANWAGI, | Civil Action No. 23-cv-10719-DLC |
| Plaintiff, | |
| v. | **TRANSFER ORDER** |
| CITY OF FLAGSTAFF, | |
| Defendant. | |

**CABELL, Magistrate Judge**

Sarah Nathreen Nakanwagi ("plaintiff" or "Nakanwagi"), while residing in Waltham, Massachusetts, initiated this action by filing a *pro se* civil complaint against the City of Flagstaff, Arizona, alleging unlawful employment discrimination. Complaint ("Compl."). ECF No. 1. Nakanwagi was granted leave to proceed *in forma pauperis* and leave to file electronically in this action only. ECF No. 5. Plaintiff was advised that venue is not proper in the District of Massachusetts because the defendant is not located in this District. *Id.*

Plaintiff was ordered to show cause, in writing, on or before July 7, 2023, why the Court should not dismiss or transfer this case to the District of Arizona pursuant to its discretionary authority under 28 U.S.C. § 1404. *Id.* Plaintiff was granted an extension of time to August 4, 2023. ECF No. 7.

On August 4, 2023, Plaintiff filed a motion to change venue to the District of Arizona accompanied by a memorandum in support. ECF Nos. 8, 9. On August 8, 2023, Plaintiff filed a notice of her change of address to Flagstaff, Arizona, effective immediately. ECF No. 10.

Upon review of the filings, transfer of this case to the United States District Court for the District of Arizona is appropriate under 28 U.S.C. § 1404.

Accordingly,

1. Plaintiff's motion to change venue [ECF No. 8] is ALLOWED.

2. The Clerk of Court is directed to TRANSFER this matter to the United States District Court for the District of Arizona.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED:  August 24, 2023